# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWAN S. THURMOND, | Case No.: 2:24-cv-00252-APG-DJA |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendant | |

I ORDER that defendant Wells Fargo Bank, N.A.'s certificate of interested parties (ECF No. 15) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Wells Fargo as required by the amendment to that rule.

I FURTHER ORDER defendant Wells Fargo Bank, N.A. to file a proper certificate of interested parties by March 29, 2024.

DATED this 13th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE