**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWAN S. THURMOND, | Case No.: 2:24-cv-00252-APG-DJA |
| Plaintiff | **Order Vacating Hearing** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant | |

Based on Wells Fargo's notice that the plaintiff has filed bankruptcy (ECF No. 88), this case is automatically stayed under 11 U.S.C. § 362.  Therefore, the hearing scheduled for March 4, 2025 at 2:30 p.m. is vacated.  The parties are to confer and file a joint report about the status of the bankruptcy by June 2, 2025 or 14 days after conclusion of the bankruptcy proceedings, whichever occurs first.

DATED this 28th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE