1  **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
   Michael Ayers, Esq. (NV Bar No.10851)
2  michael.ayers@qpwblaw.com
   3740 Lakeside Drive, Ste. 202
3  Reno, Nevada 89509
   Telephone: 775-322-4697
4  Facsimile: 775-322-4698

5  **SEVERSON & WERSON**
   Mark I. Wraight, Esq. (Cal. State Bar No. 228303)
6  *Pro Hac Vice*
   miw@severson.com
7  Benjamin J. Howard, Esq. (Cal. State Bar No. 320682)
   *Pro Hac Vice*
8  bjh@severson.com
   A Professional Corporation
9  595 Market Street, Suite 2600
   San Francisco, California 94105
10 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

11
   Attorneys for Defendant
12 WELLS FARGO BANK, N.A.

13                UNITED STATES DISTRICT COURT

14                     DISTRICT OF NEVADA

15 | EDWAN S. THURMOND,           | Case No. 2:24-cv-00252-APG-DJA
16 |        Plaintiff,            | **STIPULATED DISMISSAL OF ACTION AND ORDER**
17 |   vs.                        |
18 | WELLS FARGO BANK, N.A.,      |
19 |        Defendant.            |

07685.3175/17023859.1                             Case No. 2:24-cv-00252-APG-DJA
STIPULATED DISMISSAL OF ACTION AND [PROPOSED] ORDER

Troy Fox, Chapter 7 Trustee of the bankruptcy estate of Edwan S. Thurmond, acting as the real party plaintiff ("Plaintiff") and Defendant Wells Fargo Bank N.A. ("Defendant" and, together with Plaintiff, the "Parties") seek to dismiss this matter in full. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties respectfully stipulate to dismiss this matter with prejudice. Each party will bear its own costs and fees.

**IT IS SO STIPULATED**

DATED: July 7th, 2025              SEVERSON & WERSON
                                   A Professional Corporation


                                   By:  */s/ Benjamin J. Howard*
                                            BENJAMIN J. HOWARD

                                   Attorneys for Defendant
                                   WELLS FARGO BANK, N.A.


DATED: July 7th, 2025              FOX, IMES & CROSBY, LLC



                                   By:  */s/ Jason A. Imes* (*with permission*)
                                            JASON A. IMES

                                   Attorneys for Plaintiff
                                   TROY FOX, CHAPTER 7 TRUSTEE FOR THE
                                   BANKRUPTCY ESTATE OF EDWAN S.
                                   THURMOND

**ORDER**

Pursuant to the stipulation of the Parties, for good cause shown, the stipulation is approved and **IT IS ORDERED THAT**:

1. This Case is hereby dismissed with prejudice; and
2. Each party shall bear its own fees and costs.

Dated: July 8, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE